AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Maryland



| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. JKB 25 cr 176 |
| JACK AMADEUS LASOTA, | ) | |
| a/k/a "Andrea Phelps," a/k/a "Ann Grimes," | ) | |
| a/k/a "Anne Grimes," a/k/a "Canaris," | ) | |
| a/k/a "Julia Lasota," and a/k/a "Ziz," | ) | **HD** |
| | ) | |

*Defendant*

Rcv'd by: _____

USDC- BALTIMORE
'25 NOV 26 AM 10:33

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    JACK AMADEUS LASOTA                                   ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

  Possession of Firearms and Ammunition by a Fugitive from Justice in violation of 18 U.S.C. § 922(g)(2)

Date: June 18, 2025

_____
*Issuing officer's signature*

City and state:    Baltimore, Maryland

Hon. Charles D. Austin, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 11/28/25 , and the person was arrested on *(date)* 11/24/25 at *(city and state)* _____ . |
| Date: 11/29/25 _____      _____ *Arresting officer's signature* |
| B Corrveau DUSM *Printed name and title* |