IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| | * Criminal No. JKB-25-CR-176 |
| v. | * |
| | * |
| JACK AMADEUS LASOTA, | * |
|   a/k/a "Andrea Phelps," | * |
|   a/k/a "Ann Grimes," | * |
|   a/k/a "Anne Grimes," | * |
|   a/k/a "Canaris," | * |
|   a/k/a "Julia Lasota," and | * |
|   a/k/a "Ziz," | * |
| | * |
| | * |
| Defendant. | * |
| | * |
| ***** | |

## JOINT STATUS REPORT

The parties, through undersigned counsel, submit the following joint status report to the Court:

1. On June 18, 2025, a federal grand jury charged Jack Amadeus LaSota ("LaSota") with possession of firearms and ammunition as a fugitive from justice. ECF No. 1 (Indictment).

2. LaSota is currently in pretrial state custody pending a trial in Allegany County, Maryland. LaSota's state trial was originally set for August 13, 2025 but was delayed until December 1, 2025. That state trial has been further delayed to February 2026.

3. On November 24, 2025, subject to a writ, the Defendant had an initial appearance and arraignment before the Honorable Douglas R. Miller. ECF No. 13 (Initial Appearance). The Defendant was detained by agreement. ECF No. 14. At this hearing, Defense counsel stated that the Defendant is seeking a speedy trial.

4. On November 25, 2025, the Court issued a protective order to cover the personal and otherwise sensitive information in the discovery materials. ECF No. 12. Subsequently on this same day, the Government produced its initial discovery production, which constitutes the vast majority of relevant discovery in this case.

5. The Court set a status conference for December 17, 2025 at 10:00 AM. Additionally, on December 3, 2025, the Court tolled the Speedy Trial Act from December 2, 2025 through December 17, 2025. ECF No. 18.

6. On December 15, 2025, the Government produced its second discovery production, and on December 16, 2025, the Government produced its third discovery production.

## Status and the Requests

7. **Additional Rule 16 Discovery**: In addition to the significant discovery already produced, the government is also planning to provide some limited additional discovery on a rolling basis. To date, the Government has produced approximately 8,219 pages of discovery, consisting of approximately 14 gigabytes of material.

8. **Pending Motions**: There is one pending motion involving Defendant's "Motion for Speedy Trial." ECF No. 6. The Government filed its response in opposition on November 19, 2025, ECF No. 10, and brought in the Defendant from state custody for an initial appearance and arraignment on November 24, 2025, ECF No. 13.

9. **Status of Plea Negotiations**: The parties have not yet commenced plea negotiations but anticipate doing so.

10. **Speedy Trial**: The Government will file a motion to the Speedy Trial Act subsequent to the December 17, 2025 status conference, the contours of which will depend on the Court's scheduling decisions. The exclusion of time from the Speedy Trial Act clock is requested to give the Defendant and the Defendant's Counsel time to review and evaluate discover, and for

the parties to explore the potential for a pre-trial resolution.  The requested exclusion of time is in the interests of justice to provide sufficient opportunity the Defendant and counsel to evaluate the discovery and for the parties to explore a pre-trial resolution, and those interests outweigh the best interest of the public and the Defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7) (the Court may grant a continuance of a speedy trial when the ends of justice served by such action outweigh the best interest of the public and the Defendant in a speedy trial).

11. **Trial Estimate**:  At the time of Defendant's initial appearance, the Government provided an initial trial estimate of three days.  However, due to non-evidentiary factors, the Government currently estimates that five trial days will be needed for this trial.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By:    \_\_\_\_/s/_____
Jared M. Beim
Assistant United States Attorney
United States Attorney's Office
36 S. Charles Street, Fourth Floor
Baltimore, MD 21201
(410) 209-4985