# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CRIMINAL NO. JKB-25-CR-176 |
| | * | |
| **JACK AMADEUS LASOTA,** | * | |
| a/k/a "Andrea Phelps," | * | |
| a/k/a "Ann Grimes," | * | |
| a/k/a "Anne Grimes," | * | |
| a/k/a "Canaris," | * | |
| a/k/a "Julia Lasota," and | * | |
| a/k/a "Ziz," | * | |
| | * | |
| **Defendant.** | * | |

**\*\*\*\*\*\*\***

## GOVERNMENT'S MOTION TO FILE PHYSICAL EXHIBITS

The United States of America, by and through its attorneys, Kelly O. Hayes, United States Attorney for the District of Maryland, and Jared M. Beim, Assistant United States Attorney for said District, hereby files this motion seeking leave to file Exhibits 1, 2, and 3, which are exhibits to the Government's Response to Defendant's pretrial motion at ECF No. 30 in the above-captioned case. In support of this motion, the government states that the exhibits cannot be converted to PDF format and filed electronically. It exists on a physical medium (e.g., CD) and will be filed with the Clerk's Office in its physical format.

WHEREFORE, the government respectfully requests that the government may file and serve physical copies of the exhibits identified above.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: _____/s/_____
Jared M. Beim
Assistant United States Attorney

## Certificate of Service

I hereby certify that on the day this document was filed, a copy of this filing was sent by email to counsel for the Defendant.

                                                     /s/
                                               Jared M. Beim
                                             Assistant U.S. Attorney