**EXHIBIT 1**

# Maryland Judiciary Case Search

### NOTICE: Available

## Case Detail

### Case Information

| | |
|---|---|
| Court System: | **Circuit Court For Allegany County - Criminal** |
| Location: | **Allegany Circuit Court** |
| Case Number: | **C-01-CR-25-000332** |
| Title: | **State of Maryland vs. JACK A LASOTA** |
| Case Type: | **Criminal Indictment** |
| Filing Date: | **06/18/2025** |
| Case Status: | **Open** |
| Tracking Number(s): | **247001002172** |

### Defendant Information

#### Defendant

Name: **LASOTA, JACK A**
Race: **White**   Sex: **Male**   Height: **6'2"**   Weight: **180**
HairColor: **Brown**   EyeColor: **Brown**
DOB: **12/31/1991**
Address: **1332 ALCATRAZ AVE**
City: **BERKELEY**   State: **CA**   Zip Code: **94701-0000**

#### Attorney(s) for the Defendant

| | |
|---|---|
| Name: | **LAMM, ELIZABETH ELLEN** |
| Appearance Date: | **06/30/2025** |
| Address Line 1: | **30 N. Mechanic Street** |
| City: | **CUMBERLAND**   State: **MD**   Zip Code: **21502** |

| | |
|---|---|
| Name: | **SCHRAM, DAVID MORGAN** |
| Appearance Date: | **06/30/2025** |
| Address Line 1: | **30 N. Mechanic Street** |
| City: | **CUMBERLAND**   State: **MD**   Zip Code: **21502** |

### Involved Parties Information

#### Plaintiff

Name: **State of Maryland**

## Attorney(s) for the Plaintiff

| | |
|---|---|
| Name: | **State's Attorney, Allegany County** |
| Appearance Date: | **06/20/2025** |
| Address Line 1: | **Office of the State's Attorney** |
| Address Line 2: | **59 Prospect Square** |
| Address Line 3: | **Suite 111** |
| City: | **CUMBERLAND**   State: **MD**   Zip Code: **21502** |

## Court Scheduling Information

| Event Type | Event Date | Event Time | Judge | Court Location | Court Room | Result |
|---|---|---|---|---|---|---|
| **Hearing - Initial Appearance** | **07/01/2025** | **09:00:00** | **Twigg, Michael O** | **Allegany County Circuit Calendar** | **Courtroom 1** | **Concluded / Held** |
| **Hearing - Motion** | **07/08/2025** | **13:15:00** | **Twigg, Michael O** | **Allegany County Circuit Calendar** | **Courtroom 1** | **Concluded / Held** |
| **Hearing - Status** | **08/05/2025** | **09:00:00** | **Getty, J S** | **Allegany County Circuit Calendar** | **Courtroom 2** | **CancelledReason: Postponed/Reset** |
| **Trial - Jury** | **08/13/2025** | **09:00:00** | **Getty, J S** | **Allegany County Circuit Calendar** | **Courtroom 2** | **CancelledReason: Postponed/Reset** |
| **Trial - Jury** | **08/14/2025** | **09:00:00** | **Getty, J S** | **Allegany County Circuit Calendar** | **Courtroom 2** | **CancelledReason: Postponed/Reset** |
| **Hearing - Motion** | **11/18/2025** | **13:15:00** | **Getty, J S** | **Allegany County Circuit Calendar** | **Courtroom 2** | **CancelledReason: Postponed/Reset** |
| **Hearing - Motion** | **11/19/2025** | **13:15:00** | **Twigg, Michael O** | **Allegany County Circuit Calendar** | **Courtroom 1** | **Concluded / Held** |
| **Hearing - Motion** | **11/20/2025** | **09:00:00** | **Twigg, Michael O** | **Allegany County Circuit Calendar** | **Courtroom 1** | **Concluded / Held** |
| **Hearing - Status** | **11/25/2025** | **09:00:00** | **Getty, J S** | **Allegany County Circuit Calendar** | **Courtroom 2** | **CancelledReason: Postponed/Reset** |
| **Trial - Jury** | **12/01/2025** | **09:00:00** | **Getty, J S** | **Allegany County Circuit Calendar** | **Courtroom 2** | **CancelledReason: Postponed/Reset** |
| **Trial - Jury** | **12/01/2025** | **09:00:00** | **Getty, J S** | **Allegany County Circuit Calendar** | **Courtroom 2** | **CancelledReason: Postponed/Reset** |
| **Trial - Jury** | **12/02/2025** | **09:00:00** | **Getty, J S** | **Allegany County Circuit Calendar** | **Courtroom 2** | **CancelledReason: Postponed/Reset** |

| Trial - Jury | 12/02/2025 | 09:00:00 | Getty, J S | Allegany County Circuit Calendar | Courtroom 2 | CancelledReason: Postponed/Reset |
|---|---|---|---|---|---|---|
| Trial - Jury | 12/03/2025 | 09:00:00 | Getty, J S | Allegany County Circuit Calendar | Courtroom 2 | CancelledReason: Postponed/Reset |
| Trial - Jury | 12/03/2025 | 09:00:00 | Getty, J S | Allegany County Circuit Calendar | Courtroom 2 | CancelledReason: Postponed/Reset |
| Trial - Jury | 12/04/2025 | 09:00:00 | Getty, J S | Allegany County Circuit Calendar | Courtroom 2 | CancelledReason: Postponed/Reset |
| Trial - Jury | 12/04/2025 | 09:00:00 | Getty, J S | Allegany County Circuit Calendar | Courtroom 2 | CancelledReason: Postponed/Reset |
| Trial - Jury | 12/05/2025 | 09:00:00 | Getty, J S | Allegany County Circuit Calendar | Courtroom 2 | CancelledReason: Postponed/Reset |
| Trial - Jury | 12/05/2025 | 09:00:00 | Getty, J S | Allegany County Circuit Calendar | Courtroom 2 | CancelledReason: Postponed/Reset |
| Trial - Jury | 12/08/2025 | 09:00:00 | Getty, J S | Allegany County Circuit Calendar | Courtroom 2 | CancelledReason: Postponed/Reset |
| Trial - Jury | 12/08/2025 | 09:00:00 | Getty, J S | Allegany County Circuit Calendar | Courtroom 2 | CancelledReason: Postponed/Reset |
| Trial - Jury | 12/09/2025 | 09:00:00 | Getty, J S | Allegany County Circuit Calendar | Courtroom 2 | CancelledReason: Postponed/Reset |
| Trial - Jury | 12/09/2025 | 09:00:00 | Getty, J S | Allegany County Circuit Calendar | Courtroom 2 | CancelledReason: Postponed/Reset |
| Trial - Jury | 12/10/2025 | 09:00:00 | Getty, J S | Allegany County Circuit Calendar | Courtroom 2 | CancelledReason: Postponed/Reset |
| Trial - Jury | 12/10/2025 | 09:00:00 | Getty, J S | Allegany County Circuit Calendar | Courtroom 2 | CancelledReason: Postponed/Reset |
| Trial - Jury | 12/11/2025 | 09:00:00 | Getty, J S | Allegany County Circuit Calendar | Courtroom 2 | CancelledReason: Postponed/Reset |
| Trial - Jury | 12/11/2025 | 09:00:00 | Getty, J S | Allegany County Circuit Calendar | Courtroom 2 | CancelledReason: Postponed/Reset |
| Trial - Jury | 12/12/2025 | 09:00:00 | Getty, J S | Allegany County Circuit Calendar | Courtroom 2 | CancelledReason: Postponed/Reset |
| Trial - Jury | 12/12/2025 | 09:00:00 | Getty, J S | Allegany County Circuit Calendar | Courtroom 2 | CancelledReason: Postponed/Reset |

| Trial - Jury | 12/15/2025 | 09:00:00 | Getty, J S | Allegany County Circuit Calendar | Courtroom 2 | CancelledReason: Postponed/Reset |
|---|---|---|---|---|---|---|
| Trial - Jury | 12/16/2025 | 09:00:00 | Getty, J S | Allegany County Circuit Calendar | Courtroom 2 | CancelledReason: Postponed/Reset |
| Trial - Jury | 12/17/2025 | 09:00:00 | Getty, J S | Allegany County Circuit Calendar | Courtroom 2 | CancelledReason: Postponed/Reset |
| Trial - Jury | 12/18/2025 | 09:00:00 | Getty, J S | Allegany County Circuit Calendar | Courtroom 2 | CancelledReason: Postponed/Reset |
| Trial - Jury | 12/19/2025 | 09:00:00 | Getty, J S | Allegany County Circuit Calendar | Courtroom 2 | CancelledReason: Postponed/Reset |
| Hearing - Motion | 01/15/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 1 | CancelledReason: Court |
| Hearing - Motion | 01/16/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 1 | Concluded / Held |
| Hearing - Motion | 01/28/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 1 | Continued |
| Hearing - Motion | 01/29/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 1 | Continued |
| Hearing - Motion | 01/30/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 1 | Concluded / Held |
| Hearing - Status | 02/02/2026 | 11:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 1 | Concluded / Held |
| Trial - Jury | 02/09/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 1 | CancelledReason: Postponed/Reset |
| Hearing - Status | 02/09/2026 | 11:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 1 | Reset |
| Hearing - Status | 02/09/2026 | 13:15:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 1 | Concluded / Held |
| Trial - Jury | 02/10/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 1 | CancelledReason: Postponed/Reset |
| Trial - Jury | 02/11/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 1 | CancelledReason: Postponed/Reset |
| Trial - Jury | 02/12/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 1 | CancelledReason: Postponed/Reset |

| Trial - Jury | 02/13/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 1 | CancelledReason: Postponed/Reset |
| Trial - Jury | 02/17/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 2 | CancelledReason: Postponed/Reset |
| Trial - Jury | 02/18/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 1 | CancelledReason: Postponed/Reset |
| Trial - Jury | 02/19/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 1 | CancelledReason: Postponed/Reset |
| Trial - Jury | 02/20/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 2 | CancelledReason: Postponed/Reset |
| Trial - Jury | 02/23/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 2 | CancelledReason: Postponed/Reset |
| Trial - Jury | 02/24/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 2 | CancelledReason: Postponed/Reset |
| Trial - Jury | 02/25/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 1 | CancelledReason: Postponed/Reset |
| Trial - Jury | 02/26/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 2 | CancelledReason: Postponed/Reset |
| Trial - Jury | 02/27/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 1 | CancelledReason: Postponed/Reset |
| Trial - Jury | 03/02/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 1 | CancelledReason: Postponed/Reset |
| Trial - Jury | 03/03/2026 | 09:00:00 | Solt, Julie Stevenson | Allegany County Circuit Calendar | Courtroom 2 | CancelledReason: Postponed/Reset |
| Hearing - Motion | 04/08/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 1 | |
| Hearing - Motion | 04/09/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 1 | |
| Hearing - Motion | 04/10/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 1 | |
| Trial - Jury | 06/01/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 1 | |
| Trial - Jury | 06/02/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 1 | |

| Trial - Jury | 06/03/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 1 |
| Trial - Jury | 06/04/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 1 |
| Trial - Jury | 06/05/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 1 |
| Trial - Jury | 06/08/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 1 |
| Trial - Jury | 06/09/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 1 |
| Trial - Jury | 06/10/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 1 |
| Trial - Jury | 06/11/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 1 |
| Trial - Jury | 06/12/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 1 |
| Trial - Jury | 06/15/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 1 |
| Trial - Jury | 06/16/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 1 |
| Trial - Jury | 06/17/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 1 |
| Trial - Jury | 06/18/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 1 |
| Trial - Jury | 06/22/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 1 |
| Trial - Jury | 06/23/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 1 |
| Trial - Jury | 06/24/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 1 |
| Trial - Jury | 06/25/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 1 |
| Trial - Jury | 06/26/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 1 |

| Trial - Jury | 06/29/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 1 |
| Trial - Jury | 06/30/2026 | 09:00:00 | Twigg, Michael O | Allegany County Circuit Calendar | Courtroom 1 |

## Charge and Disposition Information

Charge No: **1**    CJIS Code: **1-1785**    Statute Code: **CR 4-203**
Charge Description: **HANDGUN ON PERSON**    Charge Class: **Misdemeanor**
**Probable Cause:**
Offense Date From: **02/16/2025**    To:
Agency Name:        **Officer ID:**

---

Charge No: **2**    CJIS Code: **1-1783**    Statute Code: **CR 4-203**
Charge Description: **HANDGUN IN VEHICLE**    Charge Class: **Misdemeanor**
**Probable Cause:**
Offense Date From: **02/16/2025**    To:
Agency Name:        **Officer ID:**

---

Charge No: **3**    CJIS Code: **1-1786**    Statute Code: **CR 4-203(a)(1)(v)**
Charge Description: **LOADED HANDGUN ON PERSON**    Charge Class: **Misdemeanor**
**Probable Cause:**
Offense Date From: **02/16/2025**    To:
Agency Name:        **Officer ID:**

---

Charge No: **4**    CJIS Code: **1-1784**    Statute Code: **CR 4-203(a)(1)(v)**
Charge Description: **LOADED HANDGUN IN VEHICLE**    Charge Class: **Misdemeanor**
**Probable Cause:**
Offense Date From: **02/16/2025**    To:
Agency Name:        **Officer ID:**

---

Charge No: **5**    CJIS Code: **3-5250**    Statute Code: **CR.4.303**
Charge Description: **ASSAULT WEAPON POSS/SELL**    Charge Class: **Misdemeanor**
**Probable Cause:**
Offense Date From: **02/16/2025**    To:
Agency Name:        **Officer ID:**

---

Charge No: **6**    CJIS Code: **1C1785**    Statute Code: **CL**
Charge Description: **CON-HANDGUN ON PERSON**    Charge Class: **Misdemeanor**
**Probable Cause:**
Offense Date From: **02/16/2025**    To:
Agency Name:        **Officer ID:**

---

Charge No: **7**    CJIS Code: **1C1786**    Statute Code: **CL**

Charge Description: **CON-LOADED HANDGUN ON PERSON**    Charge Class:    **Misdemeanor**
**Probable Cause:**
Offense Date From: **02/16/2025**    To:
Agency Name:    **Officer ID:**

---

Charge No: **8**    CJIS Code: **2-2210**    Statute Code: **CR.6.402**
Charge Description: **TRESPASS-POSTED PROPERTY**    Charge Class: **Misdemeanor**
**Probable Cause:**
Offense Date From: **02/16/2025**    To:
Agency Name:    **Officer ID:**

---

Charge No: **9**    CJIS Code: **1-0043**    Statute Code: **CL**
Charge Description: **OBSTRUCTING & HINDERING**    Charge Class:    **Misdemeanor**
**Probable Cause:**
Offense Date From: **02/16/2025**    To:
Agency Name:    **Officer ID:**

---

Charge No: **10**    CJIS Code: **1-1111**    Statute Code: **CR.5.601.(a)(1)**
Charge Description: **CDS: POSSESS-NOT CANNABIS**    Charge Class:    **Misdemeanor**
**Probable Cause:**
Offense Date From: **02/16/2025**    To:
Agency Name:    **Officer ID:**

---

Charge No: **11**    CJIS Code: **1-1119**    Statute Code: **CR.5.602**
Charge Description: **CDS: Poss W/I Dist: Narc**    Charge Class: **Felony Circuit Court**
**Probable Cause:**
Offense Date From: **02/16/2025**    To:
Agency Name:    **Officer ID:**

---

Charge No: **12**    CJIS Code: **1-0493**    Statute Code: **CR.5.621.(b)(1)**
Charge Description: **FIREARM/DRUG TRAF CRIME**    Charge Class: **Felony Circuit Court**
**Probable Cause:**
Offense Date From: **02/16/2025**    To:
Agency Name:    **Officer ID:**

---

## Bond Setting Information

Bail Date:    **07/11/2025**
Bail Setting Type: **Hold Without Bond**
Bail Amount:    **$0.00**
Judge:

---

## Document Information

File Date:    **06/18/2025**
Document Name: **Criminal Indictment**

File Date: **06/23/2025**
Document Name: **Summons Issued (Service Event)**

---

File Date: **06/23/2025**
Document Name: **Motion to Produce Transcript of Grand Jury Testimony**

---

File Date: **06/26/2025**
Document Name: **Criminal Motion**

---

File Date: **06/30/2025**
Document Name: **Defense Attorney Appearance Filed**

---

File Date: **06/30/2025**
Document Name: **Defense Attorney Appearance Filed**

---

File Date: **06/30/2025**
Document Name: **Motion / Request / Demand for Discovery and Inspection**

---

File Date: **06/30/2025**
Document Name: **Motion / Request - For Speedy Trial**

---

File Date: **06/30/2025**
Document Name: **Motion - MD Rule 4-252 (Motions)**

---

File Date: **06/30/2025**
Document Name: **Demand / Request for Presence of Chemist/Analyst**

---

File Date: **07/01/2025**
Document Name: **Hearing Sheet**

---

File Date: **07/01/2025**
Document Name: **Writ /Summons/Pleading - Electronic Service**

---

File Date: **07/01/2025**
Document Name: **Writ /Summons/Pleading - Electronic Service**

---

File Date: **07/01/2025**
Document Name: **Hearing Notice Issued**

---

File Date:        **07/02/2025**
Document Name: **Order**

---

File Date:        **07/03/2025**
Document Name: **Line**

---

File Date:        **07/08/2025**
Document Name: **Hearing Sheet**

---

File Date:        **07/11/2025**
Document Name: **Writ /Summons/Pleading - Electronic Service**

---

File Date:        **07/11/2025**
Document Name: **Writ /Summons/Pleading - Electronic Service**

---

File Date:        **07/11/2025**
Document Name: **Writ /Summons/Pleading - Electronic Service**

---

File Date:        **07/11/2025**
Document Name: **Hearing Notice Issued**

---

File Date:        **07/11/2025**
Document Name: **Order - Motion/Request/Petition Granted**

---

File Date:        **07/11/2025**
Document Name: **Writ /Summons/Pleading - Electronic Service**

---

File Date:        **07/11/2025**
Document Name: **Order - Motion/Request/Petition Granted**

---

File Date:        **07/11/2025**
Document Name: **Commitment Pending Hearing**

---

File Date:        **07/16/2025**
Document Name: **Order**

---

File Date:        **07/16/2025**
Document Name: **Writ /Summons/Pleading - Electronic Service**

---

File Date:        **07/18/2025**

Document Name: **Answer to Motion**

---

File Date:         **09/26/2025**
Document Name: **Motion - Suppress**

---

File Date:         **09/26/2025**
Document Name: **Motion / Request - To Dismiss**

---

File Date:         **10/14/2025**
Document Name: **Writ /Summons/Pleading - Electronic Service**

---

File Date:         **10/14/2025**
Document Name: **Writ /Summons/Pleading - Electronic Service**

---

File Date:         **10/14/2025**
Document Name: **Writ /Summons/Pleading - Electronic Service**

---

File Date:         **10/14/2025**
Document Name: **Hearing Notice Issued**

---

File Date:         **10/15/2025**
Document Name: **Notice Filed**

---

File Date:         **10/16/2025**
Document Name: **Writ /Summons/Pleading - Electronic Service**

---

File Date:         **10/16/2025**
Document Name: **Writ /Summons/Pleading - Electronic Service**

---

File Date:         **10/16/2025**
Document Name: **Writ /Summons/Pleading - Electronic Service**

---

File Date:         **10/16/2025**
Document Name: **Hearing Notice Issued**

---

File Date:         **10/21/2025**
Document Name: **Return of Service - Served**

---

File Date:         **10/21/2025**
Document Name: **Return of Service - Served**

---

File Date:       **10/21/2025**
Document Name: **Return of Service - Served**

---

File Date:       **10/21/2025**
Document Name: **Return of Service - Served**

---

File Date:       **10/21/2025**
Document Name: **Return of Service - Served**

---

File Date:       **10/21/2025**
Document Name: **Return of Service - Served**

---

File Date:       **10/21/2025**
Document Name: **Return of Service - Served**

---

File Date:       **10/21/2025**
Document Name: **Return of Service - Served**

---

File Date:       **10/21/2025**
Document Name: **Return of Service - Served**

---

File Date:       **10/21/2025**
Document Name: **Return of Service - Served**

---

File Date:       **10/21/2025**
Document Name: **Return of Service - Served**

---

File Date:       **10/21/2025**
Document Name: **Return of Service - Served**

---

File Date:       **10/21/2025**
Document Name: **Return of Service - Served**

---

File Date:       **10/21/2025**
Document Name: **Return of Service - Served**

---

File Date:       **10/21/2025**
Document Name: **Return of Service - Served**

File Date: **10/21/2025**
Document Name: **Return of Service - Served**

---

File Date: **10/21/2025**
Document Name: **Return of Service - Served**

---

File Date: **10/21/2025**
Document Name: **Return of Service - Served**

---

File Date: **10/21/2025**
Document Name: **Return of Service - Served**

---

File Date: **10/21/2025**
Document Name: **Return of Service - Served**

---

File Date: **10/21/2025**
Document Name: **Return of Service - Served**

---

File Date: **10/21/2025**
Document Name: **Return of Service - Served**

---

File Date: **10/21/2025**
Document Name: **Return of Service - Served**

---

File Date: **10/21/2025**
Document Name: **Return of Service - Served**

---

File Date: **10/21/2025**
Document Name: **Return of Service - Served**

---

File Date: **10/21/2025**
Document Name: **Return of Service - Served**

---

File Date: **10/28/2025**
Document Name: **Line**

---

File Date: **11/04/2025**
Document Name: **Line**

---

File Date: **11/05/2025**

Document Name: **Motion for Subpoena for Tangible Evidence Before Trial**

---

File Date:        **11/05/2025**

Document Name: **Supporting Document**

---

File Date:        **11/05/2025**

Document Name: **Supporting Document**

---

File Date:        **11/05/2025**

Document Name: **Supporting Document**

---

File Date:        **11/05/2025**

Document Name: **Motion for Subpoena for Tangible Evidence Before Trial**

---

File Date:        **11/05/2025**

Document Name: **Supporting Document**

---

File Date:        **11/05/2025**

Document Name: **Supporting Document**

---

File Date:        **11/05/2025**

Document Name: **Supporting Document**

---

File Date:        **11/05/2025**

Document Name: **Motion for Subpoena for Tangible Evidence Before Trial**

---

File Date:        **11/05/2025**

Document Name: **Supporting Document**

---

File Date:        **11/05/2025**

Document Name: **Supporting Document**

---

File Date:        **11/05/2025**

Document Name: **Supporting Document**

---

File Date:        **11/06/2025**

Document Name: **Request to Issue Subpoena**

---

File Date:        **11/06/2025**

Document Name: **Order**

File Date:        **11/07/2025**
Document Name: **Writ /Summons/Pleading - Electronic Service**

---

File Date:        **11/07/2025**
Document Name: **Subpoena Issued**

---

File Date:        **11/07/2025**
Document Name: **Subpoena Issued**

---

File Date:        **11/07/2025**
Document Name: **Subpoena Issued**

---

File Date:        **11/07/2025**
Document Name: **Subpoena Issued**

---

File Date:        **11/07/2025**
Document Name: **Subpoena Issued**

---

File Date:        **11/07/2025**
Document Name: **Subpoena Issued**

---

File Date:        **11/07/2025**
Document Name: **Subpoena Issued**

---

File Date:        **11/07/2025**
Document Name: **Subpoena Issued**

---

File Date:        **11/07/2025**
Document Name: **Subpoena Issued**

---

File Date:        **11/07/2025**
Document Name: **Subpoena Issued**

---

File Date:        **11/07/2025**
Document Name: **Subpoena Issued**

---

File Date:        **11/07/2025**
Document Name: **Subpoena Issued**

---

File Date:      **11/07/2025**
Document Name: **Subpoena Issued**

---

File Date:      **11/07/2025**
Document Name: **Subpoena Issued**

---

File Date:      **11/07/2025**
Document Name: **Subpoena Issued**

---

File Date:      **11/07/2025**
Document Name: **Subpoena Issued**

---

File Date:      **11/07/2025**
Document Name: **Subpoena Issued**

---

File Date:      **11/11/2025**
Document Name: **Order - Motion/Request/Petition Granted**

---

File Date:      **11/12/2025**
Document Name: **Subpoena Issued**

---

File Date:      **11/12/2025**
Document Name: **Subpoena Issued**

---

File Date:      **11/12/2025**
Document Name: **Subpoena Issued**

---

File Date:      **11/12/2025**
Document Name: **Order**

---

File Date:      **11/12/2025**
Document Name: **Order**

---

File Date:      **11/12/2025**
Document Name: **Transcript or Audio Recording Requested**

---

File Date:      **11/13/2025**
Document Name: **Line**

---

File Date:      **11/14/2025**

Document Name: **Requested Voir Dire**

---

File Date:       **11/14/2025**

Document Name: **Supporting Exhibit**

---

File Date:       **11/14/2025**

Document Name: **Requested Voir Dire**

---

File Date:       **11/17/2025**

Document Name: **Objection**

---

File Date:       **11/17/2025**

Document Name: **Line**

---

File Date:       **11/17/2025**

Document Name: **Motion / Request / Demand for Discovery and Inspection**

---

File Date:       **11/18/2025**

Document Name: **Motion / Request - To Dismiss**

---

File Date:       **11/19/2025**

Document Name: **State's Motion / Request / Petition**

---

File Date:       **11/19/2025**

Document Name: **Line**

---

File Date:       **11/19/2025**

Document Name: **Hearing Sheet**

---

File Date:       **11/20/2025**

Document Name: **Hearing Sheet**

---

File Date:       **11/20/2025**

Document Name: **Court Found Good Cause to Go Beyond Hicks**

---

File Date:       **11/20/2025**

Document Name: **Line**

---

File Date:       **11/24/2025**

Document Name: **Writ /Summons/Pleading - Electronic Service**

File Date:          **11/24/2025**
Document Name: **Writ /Summons/Pleading - Electronic Service**

---

File Date:          **11/24/2025**
Document Name: **Writ /Summons/Pleading - Electronic Service**

---

File Date:          **11/24/2025**
Document Name: **Hearing Notice Issued**

---

File Date:          **12/04/2025**
Document Name: **Line**

---

File Date:          **12/10/2025**
Document Name: **Order**

---

File Date:          **12/10/2025**
Document Name: **Writ /Summons/Pleading - Electronic Service**

---

File Date:          **12/31/2025**
Document Name: **Request to Issue Subpoena**

---

File Date:          **12/31/2025**
Document Name: **Subpoena Issued**

---

File Date:          **12/31/2025**
Document Name: **Subpoena Issued**

---

File Date:          **12/31/2025**
Document Name: **Subpoena Issued**

---

File Date:          **12/31/2025**
Document Name: **Subpoena Issued**

---

File Date:          **12/31/2025**
Document Name: **Subpoena Issued**

---

File Date:          **12/31/2025**
Document Name: **Subpoena Issued**

---

File Date: **12/31/2025**
Document Name: **Subpoena Issued**

---

File Date: **12/31/2025**
Document Name: **Subpoena Issued**

---

File Date: **12/31/2025**
Document Name: **Subpoena Issued**

---

File Date: **12/31/2025**
Document Name: **Subpoena Issued**

---

File Date: **12/31/2025**
Document Name: **Subpoena Issued**

---

File Date: **12/31/2025**
Document Name: **Subpoena Issued**

---

File Date: **12/31/2025**
Document Name: **Subpoena Issued**

---

File Date: **12/31/2025**
Document Name: **Subpoena Issued**

---

File Date: **12/31/2025**
Document Name: **Subpoena Issued**

---

File Date: **12/31/2025**
Document Name: **Subpoena Issued**

---

File Date: **12/31/2025**
Document Name: **Subpoena Issued**

---

File Date: **12/31/2025**
Document Name: **Subpoena Issued**

---

File Date: **12/31/2025**
Document Name: **Line**

---

File Date: **12/31/2025**

Document Name: **Return of Service - Served**

---

File Date:         **12/31/2025**
Document Name: **Return of Service - Served**

---

File Date:         **12/31/2025**
Document Name: **Return of Service - Served**

---

File Date:         **12/31/2025**
Document Name: **Return of Service - Served**

---

File Date:         **12/31/2025**
Document Name: **Return of Service - Served**

---

File Date:         **12/31/2025**
Document Name: **Return of Service - Served**

---

File Date:         **12/31/2025**
Document Name: **Return of Service - Served**

---

File Date:         **12/31/2025**
Document Name: **Return of Service - Served**

---

File Date:         **12/31/2025**
Document Name: **Return of Service - Not Served**

---

File Date:         **01/05/2026**
Document Name: **Line**

---

File Date:         **01/06/2026**
Document Name: **Return of Service - Served**

---

File Date:         **01/06/2026**
Document Name: **Return of Service - Served**

---

File Date:         **01/06/2026**
Document Name: **Return of Service - Served**

---

File Date:         **01/06/2026**
Document Name: **Return of Service - Served**

File Date:          **01/06/2026**
Document Name: **Return of Service - Served**

---

File Date:          **01/06/2026**
Document Name: **Return of Service - Served**

---

File Date:          **01/06/2026**
Document Name: **Return of Service - Served**

---

File Date:          **01/06/2026**
Document Name: **Return of Service - Served**

---

File Date:          **01/06/2026**
Document Name: **Return of Service - Served**

---

File Date:          **01/06/2026**
Document Name: **Return of Service - Served**

---

File Date:          **01/06/2026**
Document Name: **Return of Service - Served**

---

File Date:          **01/06/2026**
Document Name: **Return of Service - Served**

---

File Date:          **01/06/2026**
Document Name: **Return of Service - Served**

---

File Date:          **01/06/2026**
Document Name: **Return of Service - Served**

---

File Date:          **01/06/2026**
Document Name: **Return of Service - Served**

---

File Date:          **01/06/2026**
Document Name: **Return of Service - Served**

---

File Date:          **01/06/2026**
Document Name: **Return of Service - Served**

File Date:          **01/06/2026**
Document Name: **Return of Service - Served**

---

File Date:          **01/06/2026**
Document Name: **Return of Service - Served**

---

File Date:          **01/06/2026**
Document Name: **Return of Service - Served**

---

File Date:          **01/06/2026**
Document Name: **Return of Service - Served**

---

File Date:          **01/06/2026**
Document Name: **Return of Service - Served**

---

File Date:          **01/06/2026**
Document Name: **Return of Service - Served**

---

File Date:          **01/06/2026**
Document Name: **Return of Service - Served**

---

File Date:          **01/06/2026**
Document Name: **Return of Service - Served**

---

File Date:          **01/06/2026**
Document Name: **Return of Service - Served**

---

File Date:          **01/09/2026**
Document Name: **Motion for Individual Voir Dire**

---

File Date:          **01/12/2026**
Document Name: **Motion to Suppress / Exclude Evidence, Dismiss and Severance**

---

File Date:          **01/13/2026**
Document Name: **Line**

---

File Date:          **01/14/2026**
Document Name: **Motion – Compel**

---

File Date:          **01/15/2026**

Document Name: **Writ /Summons/Pleading - Electronic Service**

---

File Date:        **01/15/2026**
Document Name: **Writ /Summons/Pleading - Electronic Service**

---

File Date:        **01/15/2026**
Document Name: **Writ /Summons/Pleading - Electronic Service**

---

File Date:        **01/15/2026**
Document Name: **Hearing Notice Issued**

---

File Date:        **01/15/2026**
Document Name: **State's Answer / Response**

---

File Date:        **01/16/2026**
Document Name: **Hearing Sheet**

---

File Date:        **01/21/2026**
Document Name: **Order**

---

File Date:        **01/21/2026**
Document Name: **Writ /Summons/Pleading - Electronic Service**

---

File Date:        **01/21/2026**
Document Name: **Return of Service - Served**

---

File Date:        **01/21/2026**
Document Name: **Return of Service - Served**

---

File Date:        **01/21/2026**
Document Name: **Return of Service - Served**

---

File Date:        **01/21/2026**
Document Name: **Return of Service - Served**

---

File Date:        **01/21/2026**
Document Name: **Return of Service - Served**

---

File Date:        **01/22/2026**
Document Name: **Line**

File Date:        **01/28/2026**
Document Name: **Hearing Sheet**

---

File Date:        **01/29/2026**
Document Name: **Hearing Sheet**

---

File Date:        **01/30/2026**
Document Name: **Request to Issue Subpoena**

---

File Date:        **01/30/2026**
Document Name: **Subpoena Issued**

---

File Date:        **01/30/2026**
Document Name: **Subpoena Issued**

---

File Date:        **01/30/2026**
Document Name: **Subpoena Issued**

---

File Date:        **01/30/2026**
Document Name: **Subpoena Issued**

---

File Date:        **01/30/2026**
Document Name: **Subpoena Issued**

---

File Date:        **01/30/2026**
Document Name: **Subpoena Issued**

---

File Date:        **01/30/2026**
Document Name: **Subpoena Issued**

---

File Date:        **01/30/2026**
Document Name: **Subpoena Issued**

---

File Date:        **01/30/2026**
Document Name: **Subpoena Issued**

---

File Date:        **01/30/2026**
Document Name: **Subpoena Issued**

File Date: **01/30/2026**
Document Name: **Subpoena Issued**

---

File Date: **01/30/2026**
Document Name: **Subpoena Issued**

---

File Date: **01/30/2026**
Document Name: **Subpoena Issued**

---

File Date: **01/30/2026**
Document Name: **Subpoena Issued**

---

File Date: **01/30/2026**
Document Name: **Subpoena Issued**

---

File Date: **01/30/2026**
Document Name: **Subpoena Issued**

---

File Date: **01/30/2026**
Document Name: **Subpoena Issued**

---

File Date: **01/30/2026**
Document Name: **Hearing Sheet**

---

File Date: **02/02/2026**
Document Name: **Hearing Sheet**

---

File Date: **02/09/2026**
Document Name: **Line**

---

File Date: **02/09/2026**
Document Name: **Hearing Sheet**

---

File Date: **02/09/2026**
Document Name: **Writ /Summons/Pleading - Electronic Service**

---

File Date: **02/09/2026**
Document Name: **Writ /Summons/Pleading - Electronic Service**

---

File Date: **02/09/2026**

3/2/26, 11:07 AM                    Maryland Judiciary Case Search

Case 1:25-cr-00176-JKB    Document 50    Filed 03/03/26    Page 27 of 28
Document Name: **Writ /Summons/Pleading - Electronic Service**

File Date:        **02/09/2026**
Document Name: **Hearing Notice Issued**

## Service Information

| Service Type | Issued Date |
|---|---|
| **Summons Issued** | **06/23/2025** |
| **Subpoena Issued** | **11/07/2025** |
| **Subpoena Issued** | **11/07/2025** |
| **Subpoena Issued** | **11/07/2025** |
| **Subpoena Issued** | **11/07/2025** |
| **Subpoena Issued** | **11/07/2025** |
| **Subpoena Issued** | **11/07/2025** |
| **Subpoena Issued** | **11/07/2025** |
| **Subpoena Issued** | **11/07/2025** |
| **Subpoena Issued** | **11/07/2025** |
| **Subpoena Issued** | **11/07/2025** |
| **Subpoena Issued** | **11/07/2025** |
| **Subpoena Issued** | **11/07/2025** |
| **Subpoena Issued** | **11/07/2025** |
| **Subpoena Issued** | **11/07/2025** |
| **Subpoena Issued** | **11/07/2025** |
| **Subpoena Issued** | **11/07/2025** |
| **Subpoena Issued** | **11/07/2025** |
| **Subpoena Issued** | **11/12/2025** |
| **Subpoena Issued** | **11/12/2025** |
| **Subpoena Issued** | **11/12/2025** |
| **Subpoena Issued** | **12/31/2025** |
| **Subpoena Issued** | **12/31/2025** |
| **Subpoena Issued** | **12/31/2025** |
| **Subpoena Issued** | **12/31/2025** |
| **Subpoena Issued** | **12/31/2025** |
| **Subpoena Issued** | **12/31/2025** |
| **Subpoena Issued** | **12/31/2025** |
| **Subpoena Issued** | **12/31/2025** |
| **Subpoena Issued** | **12/31/2025** |
| **Subpoena Issued** | **12/31/2025** |
| **Subpoena Issued** | **12/31/2025** |
| **Subpoena Issued** | **12/31/2025** |
| **Subpoena Issued** | **12/31/2025** |
| **Subpoena Issued** | **12/31/2025** |
| **Subpoena Issued** | **12/31/2025** |
| **Subpoena Issued** | **12/31/2025** |
| **Subpoena Issued** | **12/31/2025** |
| **Subpoena Issued** | **12/31/2025** |
| **Subpoena Issued** | **01/30/2026** |

| | |
|---|---|
| **Subpoena Issued** | **01/30/2026** |
| **Subpoena Issued** | **01/30/2026** |
| **Subpoena Issued** | **01/30/2026** |
| **Subpoena Issued** | **01/30/2026** |
| **Subpoena Issued** | **01/30/2026** |
| **Subpoena Issued** | **01/30/2026** |
| **Subpoena Issued** | **01/30/2026** |
| **Subpoena Issued** | **01/30/2026** |
| **Subpoena Issued** | **01/30/2026** |
| **Subpoena Issued** | **01/30/2026** |
| **Subpoena Issued** | **01/30/2026** |
| **Subpoena Issued** | **01/30/2026** |
| **Subpoena Issued** | **01/30/2026** |
| **Subpoena Issued** | **01/30/2026** |
| **Subpoena Issued** | **01/30/2026** |
| **Subpoena Issued** | **01/30/2026** |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

Copyright © 2026. Maryland Judiciary. All rights reserved.

Service Desk: (410) 260-1114