## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **Criminal No. JKB-25-CR-176** |
| | * | |
| **JACK AMADEUS LASOTA,** | * | |
| a/k/a "Andrea Phelps," | * | |
| a/k/a "Ann Grimes," | * | |
| a/k/a "Anne Grimes," | * | |
| a/k/a "Canaris," | * | |
| a/k/a "Julia Lasota," and | * | |
| a/k/a "Ziz," | * | |
| | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| | ***** | |

*ORDER
Next status report
due on 4/30/26.

4/1/26*

## STATUS REPORT

The United States of America, by and through its attorneys, Kelly O. Hayes, United States Attorney for the District of Maryland, and Jared M. Beim, Assistant United States Attorney for said District, hereby submits this Status Report.

On March 12, 2026, this Court issued an order for Defendant's examination pursuant to 18 U.S.C. § 4241. *Id.* That same day, the Government provided the United States Marshals Service (USMS) with a copy of that order. The USMS additionally submitted this Court's order to the Bureau of Prisons for Defendant's designation. On March 23, 2026, the USMS advised the Government that LaSota was designed to Federal Correctional Institution (FCI) Butner, located near Butner, North Carolina.

The Government has been in contact with a Senior Attorney at FCI Butner, as well as two Psychology Technicians at FCI Butner who are assisting with Defendant's evaluation. As of the

date of this filing, although the Government is not yet aware of Defendant's anticipated arrival date,

the Government has been informed that Defendant should arrive within the next two weeks.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By:          /s/
          Jared M. Beim
          Assistant United States Attorney
          United States Attorney's Office
          36 S. Charles Street, Fourth Floor
          Baltimore, MD 21201
          (410) 209-4985