## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| | *  **Criminal No. JKB-25-CR-176** |
| **v.** | * |
| | * |
| **JACK AMADEUS LASOTA,** | * |
| a/k/a "Andrea Phelps," | * |
| a/k/a "Ann Grimes," | * |
| a/k/a "Anne Grimes," | * |
| a/k/a "Canaris," | * |
| a/k/a "Julia Lasota," and | * |
| a/k/a "Ziz," | * |
| | * |
| | * |
| **Defendant.** | * |
| | * |

**\*\*\*\*\***

### MOTION FOR EXTENSION OF DEFENDANT'S EVALUATION PERIOD

The United States of America, by and through its attorneys, Kelly O. Hayes, United States Attorney for the District of Maryland, and Jared M. Beim, Assistant United States Attorney for said District, hereby submits this motion for an extension of Defendant's evaluation period.

1.      On March 12, 2026, this Court issued an order for Defendant's examination pursuant to 18 U.S.C. § 4241. ECF No. 64. That same day, the Government provided the United States Marshals Service (USMS) with a copy of that order. The USMS additionally submitted this Court's order to the Bureau of Prisons for Defendant's designation. On March 23, 2026, the USMS advised the Government that LaSota was designated to Federal Correctional Institution (FCI) Butner, located near Butner, North Carolina.

2.      On April 14, 2026, LaSota arrived at FCI Butner, starting the 30-day clock for completion of the evaluation under 18 U.S.C. § 4247(b).

3.       The Bureau of Prisons ("BOP") has stated that due to the evaluator's unexpected out-of-state testimony and the need to conduct additional interviews, the evaluation cannot be completed within the 30-day evaluation period. *See* Ex. A.

4.       On behalf of BOP, the Government requests that the Court extend the evaluation period by 15 days, to May 28, 2026, as allowable under 18 U.S.C. § 4247(b).

5.       Counsel for Defendant takes no position on the Government's request, but defers to the Court's judgment.

6.       A proposed Order for the Court's consideration is attached.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By:           /s/ _____
Jared M. Beim
Assistant United States Attorney
United States Attorney's Office
36 S. Charles Street, Fourth Floor
Baltimore, MD 21201
(410) 209-4985

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing was filed with the Clerk of the Court

using the CM/ECF system.

/s/
_____

Jared M. Beim
Assistant United States Attorney
