## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| | * |
| UNITED STATES OF AMERICA | * |
| | *    Criminal No. JKB-25-CR-176 |
| v. | * |
| | * |
| JACK AMADEUS LASOTA, | * |
| a/k/a "Andrea Phelps," | * |
| a/k/a "Ann Grimes," | * |
| a/k/a "Anne Grimes," | * |
| a/k/a "Canaris," | * |
| a/k/a "Julia Lasota," and | * |
| a/k/a "Ziz," | * |
| | * |
| | * |
| Defendant. | * |
| | * |
| | ***** |

## STATUS REPORT

The United States of America, by and through its attorneys, Kelly O. Hayes, United States Attorney for the District of Maryland, and Jared M. Beim, Assistant United States Attorney for said District, hereby submits this Status Report, pursuant Court's Order entered on May 5, 2026. ECF No. 70.

1.     On March 12, 2026, this Court issued an order for Defendant's examination pursuant to 18 U.S.C. § 4241. ECF No. 64. That same day, the Government provided the United States Marshals Service (USMS) with a copy of that order. The USMS additionally submitted this Court's order to the Bureau of Prisons for Defendant's designation. On March 23, 2026, the USMS advised the Government that LaSota was designed to Federal Correctional Institution (FCI) Butner, located near Butner, North Carolina.

2.     The Government was informed that on April 14, 2026, LaSota arrived at FCI Butner.

3.      The USMS informed the Government that LaSota's evaluation was completed on May 28, 2026.

4.      The Bureau of Prisons informed the Government that the report pertaining to LaSota's competency "will be transmitted to the Court within 10 business days."

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By:        /s/
Jared M. Beim
Assistant United States Attorney
United States Attorney's Office
36 S. Charles Street, Fourth Floor
Baltimore, MD 21201
(410) 209-4985

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system.

/s/

Jared M. Beim
Assistant United States Attorney
