# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CASE NO. JKB-25-176 |
| | * | |
| JACK AMADEUS LASOTA | * | |
| | * | |
| Defendant | * | |
| | * | |
| | ****** | |

## NOTICE OF APPEARANCE

TO THE CLERK:

Please ENTER my appearance in this action as counsel for the United States of America.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

_____/s/_____

James Wallner
Assistant United States Attorney
36 S. Charles Street, 4TH Floor
Baltimore, MD 21201
410-209-4800
James.Wallner@usdoj.gov