**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| | * | |
| **v.** | * | **Case No.: JKB-25-176** |
| | * | |
| **ZIZ LASOTA** | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**MOTION TO WITHDRAW AS COUNSEL FOR THE DEFENDANT**

Gary E. Proctor and Jennifer E. Smith, appointed CJA counsel, on behalf of and jointly with their client, Ziz LaSota, hereby move for this Honorable Court to issue an Order allowing undersigned counsel to withdraw as counsel for Ms. LaSota and in support thereof states:

1.      Counsel was appointed to represent Ms. LaSota on November 12, 2025.

2.      The undersigned, Mr. Proctor, met with Ms. LaSota on July 13, 2026 in person at the detention center where she is held.  It became clear during the meeting that an active conflict exists.  Both Ms. LaSota and counsel believe that Mr. Proctor and Ms. Smith should be allowed to withdraw and that alternate counsel should be appointed pursuant to the Criminal Justice Act.

3.      Counsel is Ms. LaSota's first CJA appointed attorney.

4.      Counsel submits that due to the above, and the ensuing consequences in this criminal case, a conflict exists that requires substitute counsel. Counsel therefore requests that a new attorney be immediately appointed to represent Ms. LaSota.

5.      As the Court is aware, a competency motion remains pending.  Counsel submits that its adjudication should await Ms. LaSota receiving conflict free counsel.

6.      This Motion is being filed publicly.  Should the Court deem it necessary, counsel are of course willing to file *under seal* further details as to the nature of said conflict.

WHEREFORE, for reasons stated in this motion, undersigned counsel respectfully requests leave to withdraw their appearance and that substitute counsel be appointed.  A proposed Order is attached.

Respectfully submitted,

_____/s/ _____
Gary E. Proctor (Bar No. 27936)

_____/s/_____
Jennifer E. Smith (Bar No. 20767)
The Law Offices of Gary E. Proctor, LLC
233 E. Redwood Street, Ste. 1000C
Baltimore, Maryland 21202
(410) 444-1500 (tel.)
(443) 836-9162 (fac.)
*Attorney for Defendant*


**CERTIFICATE OF SERVICE**

I hereby certify that on this day, July 14, 2026, a copy of the attached was served on all parties via ECF.

_____/s/_____
Gary E. Proctor