# The Law Offices of
# GARY E. PROCTOR, LLC
### 233 E. Redwood Street, Suite 1000C
### Baltimore, Maryland 21202

ADMITTED TO PRACTICE IN                                    TEL: 410.444.1500
MARYLAND                                                   FAX: 443.836.9162
                                                           garyeproctor@gmail.com

July 16, 2026

VIA ECF ONLY
The Honorable James K. Bredar
United States District Court
For the District of Maryland
101 W. Lombard Street
Baltimore, MD 21202

Re:    *United States v. Ziz LaSota*, Case. No. 25-cr-176-JKB

Dear Judge Bredar:

I write in response to this Court's order dated July 16, 2026, ordering Defendant to file a statement with regard to her pending motion to determine competency. ECF 59, 80. As noted in counsel's motion to withdraw, counsel's position is that the adjudication of competency should await the appointment of conflict-free counsel. ECF 79.

Sincerely Yours,

/s/

GARY E. PROCTOR