**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **CRIM. NO. JKB-25-0176** |
| **JACK AMADEUS LASOTA,** | * | |
| **Defendant.** | * | |

* * * * * * * * * * * *

**SCHEDULING ORDER**

Pursuant to a scheduling conference held on October 13, 2026, the Court sets in the following dates and deadlines for further proceedings in this case:

| | |
|---|---|
| November 16, 2026 | Deadline for Defendant to file pretrial motions. |
| December 14, 2026 | Deadline for the Government's response to Defendant's pretrial motions. |
| December 23, 2026 | Deadline for Defendant's reply to the Government's response to pretrial motions. |
| **January 27, 2027, 10:00 a.m.** | **Pretrial Motions Hearing**, Courtroom 5A. Defendant is required to be present. |
| February 18, 2027 | Deadline for filing motions *in limine*. |
| | Deadline for receipt in chambers of proposed voir dire, proposed preliminary instructions, proposed jury instructions, and a proposed jury verdict form; **these are to be filed electronically and must also be submitted via e-mail in Microsoft Word format to chambers:** MDD_JKBChambers@mdd.uscourts.gov. |
| | Government and defense counsel shall meet and confer with respect to the above documents and to the **fullest extent possible** make a **joint submission**. Counsel shall identify any matters of disagreement through supplemental filings. The most recent revisions of the Court's standard voir dire and jury instructions in criminal cases are available to the parties upon request |

| | |
|---|---|
| | to chambers. |
| February 22, 2027 | Deadline for filing responses to motions *in limine*. |
| **February 25, 2027, 10:00 a.m.** | **Pretrial Conference**, Courtroom 5A. Defendant must be present. |
| **March 8, 2027, 9:30 a.m.** | **Begin Jury Trial**, Courtroom 5A, scheduled to end on March 18, 2027. The Court will not sit on Friday, March 12, 2027.<br><br>Counsel shall appear in court at 9:15 a.m. on the first day of trial to address miscellaneous matters with the courtroom deputy clerk prior to the commencement of jury selection. |

The Government is directed to prepare notices and "come up" letters as appropriate for the in-court proceedings.

No changes in the schedule set forth above will be permitted unless authorized by the Court for good cause shown. Any such requests, either stipulated or *ex parte*, must be made by motion and filed with the Clerk.

DATED this 14 day of October, 2026.

BY THE COURT:

James K. Bredar

James K. Bredar
United States District Judge