15159684.3.2-78



Elua (“Daniel Blank”); 123 Columbia St, Apt 2, Cumberland, MD 21502 ; (240) 967-1920; the-real-elua@proton.me

FILED ENTERED
LOGGED RECEIVED
OCT 29 2026
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

October 27, 2026

Clerk of Court United States District Court for the District of Maryland, Baltimore Division: 101 W. Lombard Street, Baltimore, MD 21201

**Re: USA v. LaSota - Ziz, Case No. 1:25-cr-00176-JKB — Transmittal of Defendant's letter to the court at her written request, for filing on the docket**

To the Clerk of Court:

I am writing to transmit a letter to the court from Ziz (falsely held under the name “Jack LaSota”), the defendant in the above case. Her BOP register number is 25243-512, and she is currently imprisoned at FDC Philadelphia. She sent the letter in a series of emails via the BOP’s email system, Corrlinks. This is because, as she describes, she has been deprived of access to counsel, writing materials (including mail supplies), and her own legal papers, including when she was recently moved to the <Special Housing Unit> of FDC Philadelphia for almost a month, where she didn’t have access to the legal library or, by my understanding, legal calls.

Her request to me, quoted verbatim from an email that Corrlinks marks as sent on 10/22/2026 1:49:49 PM:

> <I guess I am going to, as a last-ditch effort, all lawyer meetings having been cut short, (the one lawyer phone call they let me receive here at about 30 minutes, by staff tripping on the phone cord and not plugging it back in and restarting the call) hereby ask that Elua, whom I am sending this series of post-SHU updates emails to, put them into a letter, to the Baltimore court, apply whatever formatting and references to case number or whatever is required for this email series to be entered verbatim in the docket and for the motions I mention herein to be noted as best-effort issued before the deadline a journalist (not my lawyer) just told me looms over me for filing *all motions(?!)*, although I would like to have a lawyer that had the stamina and time to deal with this, or to have the necessary time and circumstances to complete them, my continued silence or hope in the system, or saying this through the normal channels, would be against all reason and experience.