✓ FILED ___ ENTERED
____ LOGGED _____ RECEIVED
2:23 pm, November 12 2
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY CB Deputy

**USA**

**vs.**

**Jack LaSota**

**Criminal Case No. JKB-25-0176**

**Defendant's Exhibits**
**For Motion's Hearing**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 11/12/2026 | 11/12/2026 | Plea offer dated October 19, 2026 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |