**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FILED ENTERED
LODGED RECEIVED
NOV 12 2026
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

| | | |
|---|---|---|
| **United States of America** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **Civil No.: JKB-25-0176** |
| **Jack LaSota** | * | |
| **Defendant** | ****** | |

**Stipulation Regarding Return of Exhibits**

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

| **GOVERNMENT'S EXHIBITS** | **DEFENDANTS EXHIBITS** |
|---|---|
| | ALL |

All Government's exhibits returned:____________________

All Defendant's exhibits returned: 11/12/2026

Jurors Received the above listed exhibits this date:

**Counsel for Government**

____________________

**Counsel for Defendants**

[signature]
Jack LaSota, Pro Se Defendant
Teresa Whalen, Appointed standby counsel

Date: November 12, 2026