**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Crim. No.: JKB-25-176** |
| **ZIZ LASOTA** | * | |

* * * * * * * * * * * * *

## THIRD MOTION TO DISMISS

(This motion is truncated due to guards being in the process of taking away my ability to write & send. I move to have all motions that have been shortened and made lacking by my circumstances to be heard as if I had had Time to write them completely)

I move to dismiss in accordance with international law, because the proceedings against me by the United States are an act of complicity in genocide.

/s/ Justice a.k.a. Ziz called by the United States "Jack A LaSota"

Justice a.k.a. Ziz called by the Unied States "Jack A LaSota"