**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Crim. No.: JKB-25-176** |
| **ZIZ LASOTA** | * | |

* * * * * * * * * * * * *

## MOTION TO DISMISS FOR OUTRAGEOUS GOVERNMENT CONDUCT

I move to dismiss because of the misconduct I have described from the government, (see my letter to the court and my Second Motion to Dismiss and for Habeus Corpus, and the attachments for the letter.) Especially the witness intimidation. And I call Truth a.k.a. Michelle J. Zajko to testify at the hearing for this motion concerning both her importance as witness later in this case and the intimidation and retaliation she experienced from the government. Rochin v. California, 342 U.S. 165 (1952).

Lamenting that there does not appear to be time to develop this motion,

/s/ Justice a.k.a. Ziz called by the persecution "Jack A LaSota"

Justice a.k.a Ziz called by the persecution "Jack A LaSota"
"Jack A LaSota" 25243-512 FDC Philadelphia,
700 Arch Street Philadelpha PA, 19106
No phone, no fax, no email.

Proposed order:
Case dismissed with prejudice.