**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Crim. No.: JKB-25-176** |
| **ZIZ LASOTA** | * | |

* * * * * * * * * * * * *

## MOTION TO SUPPRESS AND FOR SEARCH WARRANT OR SUBPOENA

Having no ability as counsel does to consult with the prosecution regarding discovery, beyond my attempts in court at the 2026-11-12 court date, and having been told to cease speaking regarding discovery access in court at that time, I move to suppress all evidence introduced or to be introduced by the prosecution if not provided to me in accordance with discovery procedures as ordered before the motions deadline.

Additionally, I note that a critical step in the poisonous tree of illegality of obtainment of evidence was the religious persecution embodied in the media campaign against me and my co-religionists, called by this campaign "The Zizians". And move to preferably sieze or else subpoena all work computers, personal computers, and phone of dispatcher Brian Crawford, who claimed the media about us influenced the decision to dispatch cops, and implausibly conveniently cited articles which uncommonly avoided the framing in terms of religious hatred. I want to see the internet history of Brian Crawford, and see if there are any more articles on "The Zizians" calling us a "cult", as impeachment, and evidence of this branch in the poisonous tree, which goes back to self-evident hate speech and slander against us.

This is something I almost forgot, and I also offer it as further proof that the time crunch created by conditions of confinement and everything else has robbed me of the possibility of due

process: a defendant must have time to study all discovery and draft motions *in response to it*, and to exercise right of inspection and independant investigation in response to it.

/s/ Justice a.k.a. Ziz called by the persecution "Jack A LaSota"

Justice a.k.a Ziz called by the persecution "Jack A LaSota"
"Jack A LaSota" 25243-512 FDC Philadelphia,
700 Arch Street Philadelpha PA, 19106
No phone, no fax, no email.