**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Crim. No.: JKB-25-176** |
| **ZIZ LASOTA** | * | |

* * * * * * * * * * * * *

## MOTION DISPUTING JURISDICTION

Because matters material to this case including the question of complicity in genocide (and attempted genocide, which I add to the claim in the previous second motion to dismiss) by the United States ought not to be decided by a United States court, I move to have this case heard by a more appropriate jurisdiction.

Justice a.k.a. Ziz called by United States "Jack A LaSota"

/s/ Justice a.k.a. Ziz called by United States "Jack A LaSota"